

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00263-CR

**THE STATE OF TEXAS,**

$\qquad$ **Appellant**

**v.**

**TAYLOR ANN RADKE,**

$\qquad$ **Appellee**

**From the County Court**
**Limestone County, Texas**
**Trial Court No. 39104**

## ABATEMENT ORDER

The State moves to abate this appeal and to remand to the trial court for entry of findings of fact and conclusions of law. The State requested findings of fact and conclusions of law after the trial court granted Defendant Taylor Ann Radke's motions to suppress. Although approximately two months have passed since the State filed its request, the trial court has not entered findings of fact and conclusions of law.

When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court must issue them in order for the court of appeals to

properly review the trial court's ruling.  *State v. Oages*, 210 S.W.3d 643, 644 (Tex. Crim. App. 2006); *State v. Cullen*, 195 S.W.3d 696, 698-99 (Tex. Crim. App. 2006).

We grant the State's motion to abate.  This appeal is abated to enable the trial court to enter findings of fact and conclusions of law regarding the granting of Radke's Motion to Suppress Physical Evidence and Motion to Suppress Defendant's Statements.

The trial court shall, within twenty (20) days from the date of this order:  (1) make appropriate findings of fact and conclusions of law; and (2) deliver the findings of fact and conclusions of law to the trial court clerk.

The trial court clerk shall:  (1) prepare a supplemental clerk's record containing the findings of fact and conclusions of law that the trial court renders; and (2) file the supplemental clerk's record with the Clerk of this Court within forty-five (45) days after the date of this order.

The Appellant's brief will be due thirty (30) days after the supplemental clerk's record is filed.  The Appellee's brief will be due thirty (30) days after the Appellant's brief is filed.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; case abated and remanded
Order issued and filed October 2, 2019
Do not publish
RWR

